UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00112-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>)<br>) |
| Vs. | )     ORDER<br>) |
| **OBIE LAMONT CHAMBERS,** | )<br>) |
| Defendant. | )<br>) |
| **MAJDAH BIN-SALAMON,** | )<br>)<br>) |
| Petitioner. | )<br>) |

**THIS MATTER** is before the court on petitioner Majdah Bin-Salamon's Petition of Third Party Right to Forfeited Property (#46) and the government's Response (#49). Having considered the Petition and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that a period of discovery of 60 days is allowed for petitioner and the government. Within 90 days, dispositive motions and briefs shall be filed, along with any request for hearing as may be provided under Fed.R.Crim.P. 32.2(c)(1)(B).

Signed: October 8, 2013

Max O. Cogburn Jr.
United States District Judge