# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13cr112

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Vs. ) <br> ) <br> OBIE LAMONT CHAMBERS, ) <br> ) <br> **Defendant.** ) <br> _____ ) <br> ) <br> **PETITION OF MAJDAH** ) <br> **BIN-SALAMON** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court on the Government's Motion to Extend Discovery Deadline (by Consent) or, in the Alternative, to Compel Discovery (#56). The motion reflects that petitioner has consented to an extension through counsel. Having considered the motion and reviewed the pleadings, the Court will grant an extension.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Extend Discovery Deadline (by Consent) or, in the Alternative, to Compel Discovery (#56) is **GRANTED**. The court will allow an additional 60 days for discovery and an additional 30 days thereafter for the filing of dispositive motions and briefs, along with any request for hearing as may be provided for by applicable law. These deadlines shall run from the Court's original discovery order (#50).

Signed: December 18, 2013

Max O. Cogburn Jr.
United States District Judge