IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13cr112

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | )   ORDER |
| | ) |
| OBIE LAMONT CHAMBERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PETITION OF MAJDAH BIN-SALAMON | ) |

**THIS MATTER** is before the court on the government's Motion for Order Approving Settlement and to Amend Preliminary Order of Forfeiture. Pursuant to Fed. R. Crim. P. 32.2(c), the parties have consented to a settlement with regard to the following property (the "subject property") listed in the Consent Order and Judgment of Forfeiture Pending Rule 32.2(c)(2) (the "Preliminary Order") filed herein on June 13, 2013, concerning approximately $8,860 in United States currency. The government and petitioner have stipulated and agreed and the Court finds as follows:

1. Petitioner has filed a timely petition in response to the Preliminary Order and the court has jurisdiction over the subject property.

2. Defendant Obie Lamont Chambers ("defendant") has or had a legal or possessory interest in the subject property that is subject to forfeiture under the applicable statutes.

3. The United States and petitioner have agreed to a settlement regarding forfeiture and the interest asserted by petitioner, subject to the court's approval, as follows:

1

(a) The subject property shall be forfeited in part and released in part, with 40%, or $3544.00, to be forfeited and 60%, or $5316.00, to be released.

(b) The petition shall be granted in that the sum of $5316.00 shall be paid to petitioner, in accordance with applicable law. The Preliminary Order shall be amended accordingly.

(c) Petitioner hereby releases and forever discharges the United States, its agents, servants and employees, its successors or assigns, and all state or local governmental entities or law enforcement agencies in North Carolina and their agents, servants and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which petitioner or her heirs, successors, or assigns ever had, now have, or may have in the future in connection with this investigation, prosecution, and forfeiture.

## ORDER

**IT IS THEREFORE ORDERED:**

1. The government's Motion for Order Approving Settlement and to Amend Preliminary Order of Forfeiture (#67) is **GRANTED**.

2. The terms and conditions of the settlement are approved and incorporated in this Order.

3. The Preliminary Order is hereby amended to delete the sum of **"$7,960.00"** and to provide that the sum of approximately **$3544.00**, out of a corrected total amount of $**8,890.00**, is forfeited to the United States. The remaining **$5316.00** is

released and paid to petitioner, in accordance with applicable law; provided, however, that the government shall return the agreed amount of **$5,316.00** after publication of notice and entry of a final order of forfeiture herein.

4. Each party shall bear its own costs in this ancillary forfeiture proceeding, including attorney's fees.

Signed: February 24, 2014

Max O. Cogburn Jr.
United States District Judge