UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13CR112-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER AND JUDGMENT** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| (1) OBIE LAMONT CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 13, 2013, this Court entered a Consent Order and Judgment of Forfeiture (Doc. 36), which is a preliminary order for purposes of Fed. R. Crim. P. 32.2. On February 24, 2014, the Court entered an Order (Doc. 68) pursuant to Rule 32.2(c), based upon a settlement and stipulations between the government and a third-party petitioner, amending the Consent Order to provide for the forfeiture of $3,544.00 in seized currency, which is a part of the original $8,860.00 that was seized and forfeited preliminarily.

The government also represents that it has released the vehicle listed in the Consent Order for insufficient net equity value.

On February 19, 2014 through March 20, 2014, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from February 19, 2014 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that, except for the petition

settled and approved by the Court's Order of February 24, 2014, (Doc. 68), no other petitions have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture, as amended, is confirmed as final. All right, title, and interest in the following property has therefore been forfeited to the United States for disposition according to law:

**The sum of $3,544.00 in United States currency.**

Signed: July 9, 2014

Max O. Cogburn Jr.
United States District Judge